BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cv-01678 JAM-DAD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREGORY P. TORLAI, | |
| Defendant. | |

On July 13, 2011, the Court entered an Order approving the parties' settlement agreement (the Agreement) in this case. In the Agreement, defendant Gregory P. Torlai agrees to the entry of judgment against him and in favor of plaintiff United States of America.

Accordingly, it is ORDERED, ADJUDGED and DECREED that:

1. Judgment is ENTERED in favor of plaintiff United States of America and against defendant Gregory Torlai in the amount of $500,000;

2. Until the judgment is paid in full, interest shall ACCRUE at 5% compounded interest per annum; and

///

///

Judgment

3. The judgment shall be REDUCED to $400,000 at 5% compound interest per annum provided the Defendant complies with the reduced judgment repayment schedule set forth in the Agreement.

IT SO ORDERED.

Dated:  7/13/2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE